IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

JUN 1 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. **1:26 CR 0 0 2 8 0** |
| CARLOS FLORENCIO, | ) | Title 18, United States Code, |
| | ) | Section 922(g)(1) |
| Defendant. | ) | |

**JUDGE CALABRESE**

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.     On or about January 29, 2026, in the Northern District of Ohio, Eastern Division, Defendant CARLOS FLORENCIO, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, Kidnapping, and Abduction, in case number CR-17-617346, on or about March 13, 2019, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock 19 9mm pistol, bearing serial number BRBN303, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2.     For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant CARLOS

FLORENCIO shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the violation charged in Count 1, including, but not limited to: a Glock 19 9mm pistol, bearing serial number BRBN303.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.